UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN  DIVISION

## CIVIL MINUTES - GENERAL

**Case No. 110CV61-D-D**                          **Place Held: ABERDEEN**

**Style: CONSTANCE McMILLEN v ITAWAMBA COUNTY SCHOOL DISTRICT,** *et al.*

**Date & Time Began:**          **3/22/10, 9:47 a.m.**

**Date & Time Ended:**          **3/22/10, 1:48 p.m.**

**Total Time: 2 hr 37 min**

---

**PRESENT:**

**HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

Raye Long                                      Heather Deloach
Courtroom Deputy Clerk                         Official Court Reporter

**Attorney(s) for Plaintiff(s):**             **Attorney(s) for Defendant(s):**
Christine Sun, ACLU, New York, NY              Ben Griffith, Cleveland, MS
Kristy Bennett, ACLU, Jackson, MS              Michele Floyd, Fulton, MS
Alysson Mills, New Orleans, LA

---

**PROCEEDINGS:**     HEARING ON MOTION FOR PRELIMINARY INJUNCTION

---

**DOCKET ENTRY:**
Hearing on Motion for Preliminary Injunction held. Evidence entered.  Court took motion under
advisement.

---

**DAVID CREWS, CLERK**

By:   /s/ Raye Long
        Raye Long, Courtroom Deputy