# United States District Court

## Northern District of Mississippi
### EASTERN DIVISION

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**CONSTANCE McMILLEN**  *Exhibit and Witness List*
v
**ITAWAMBA COUNTY SCHOOL DISTRICT, et al.**  Case Number :1:10CV61-D-D

| Presiding Judge GLEN H. DAVIDSON | | | Plaintiff's Attorneys - Christine P. Sun, Kristy L. Bennett, Allysson L. Mills | | Defendant's Attorneys -Ben Griffith, Michele H. Floyd | |
|---|---|---|---|---|---|---|
| Hearing Date(s) 3/22/10 | | | Court Reporter Phyllis McLarty | | Courtroom Deputy Raye Long | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS★ AND WITNESSES | |
| 1 | | 3/22/10 | X | X | Demand Letter * Constance McMillen | |
| 2 | | " | X | X | School announcement re prom * Teresa McNeese | |
| 3 | | " | X | X | Notice of Special Board Meeting * Teresa McNeese | |
| 4 | | " | X | X | Statement as a result of Board Meeting * Teresa McNeese | |
| | 1 | " | X | ID ONLY | Copies of e-mails received by Mr. Wigul * Trey Wigul | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*Page 1 of 1  Pages*