IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CONSTANCE MCMILLEN                                                        PLAINTIFF

vs.                                                                                    No. 1:10CV61-D-D

ITAWAMBA COUNTY SCHOOL
DISTRICT; TERESA MCNEECE, in her
official capacity as the Superintendent of
Itawamba County School District; TRAE
WIYGUL, in his official capacity as
Principal of Itawamba Agricultural High
School, and RICK MITCHELL, in his
official capacity as Assistant Principal of
Itawamba Agricultural High School                                         DEFENDANTS

### ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

Pursuant to an opinion issued this day, it is hereby ORDERED that

1. The Plaintiff's motion for preliminary injunction (docket entry 4) is DENIED;

2. This case remains on the Court's trial docket for a subsequent trial on the merits;

3. Pursuant to Federal Rule of Civil Procedure 65(a)(2), admissible evidence received at the hearing for preliminary injunction becomes a part of the record in the case *sub judice*; and

4. The Plaintiff is granted thirty (30) days from this date to amend her Prayer for Relief.

SO ORDERED, this the 23rd day of March, 2010.

_____
Senior Judge